UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dontaro L. Riddley,                                                                  Civ. No. 10-4160 (PAM/JJG)

                  Petitioner,

v.                                                                                                        **ORDER**

Jessica Sims,

                  Respondent.

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Jeanne J. Graham dated February 28, 2011. In the R&R, the Magistrate Judge recommended that the Court deny the Petition for a Writ of Habeas Corpus. Petitioner has failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 12).

Having failed to object to the R&R, Petitioner is not entitled to a certificate of appealability. See Fed. R. Governing § 2254 Cases in the U.S. District Courts 11(a) (requiring district court to issue or deny certificate of appealability when it enters final order adverse to petitioner).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED**;

2. The Court will not issue a Certificate of Appealability in this matter; and

3. This action is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Wednesday, March 30, 2011

                                            *s/ Paul A. Magnuson*
                                            Paul A. Magnuson
                                            United States District Court Judge